FILED:  March 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1067
(1:09-cv-00934-TDS-JEP)
(1:09-cv-00293-TDS-JEP)

_____

CHARLES E. CHERRY; JOSEPH L. PRYOR,

       Plaintiffs – Appellants,

 and

LAWRENCE ALEXANDER, JR.; ELLIS ALLEN; MITCHELL ALSTON;
FRANCIS R. BANKS; AHMED BLAKE; MICHAEL O. BRODIE; KEVIN E.
CHANDLER; ERNEST CUTHBERTSON; DARRIN DAVIS; STEVEN A.
EVANS; WILLIAM GRAVES; MILFORD J. HARRIS; JONATHAN HEARD;
ANTUAN HINSON; STEPHEN L. HUNTER; BRIAN JAMES; DEMETRIUS W.
JOHNSON; JOHN O. LEGRANDE; GEORGE M. LITTLE; DARRELL
MCDONALD; C. L. MELVIN; STACY A. MORTON, JR.; WILLIE PARKER;
LARRY PATTERSON, JR.; WILLIAM A. PHIFER; NORMAN RANKIN;
WAYNE REDFERN; ALEXANDER RICKETTS; RONALD ROGERS; STEVEN
SNIPES; CALVIN STEVENS, JR.; ERIC STEVENSON; JERMEIR JACKSON-
STROUD; JULIUS TUNSTALL; ALLEN WALLACE; FRANK YOUNG;
MICHAEL WAYLAND WALL,

       Plaintiffs,

 v.

THE CITY OF GREENSBORO,

       Defendant – Appellee.

_____

## O R D E R
_____

The parties have filed a joint stipulation to voluntarily dismiss appellees

Randall Brady, Scott Sanders and David Wray as parties to the appeal.

The court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk