FILED: May 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1067
(1:09-cv-00934-TDS-JEP)
(1:09-cv-00293-TDS-JEP)

_____

CHARLES E. CHERRY; JOSEPH L. PRYOR

   Plaintiffs - Appellants

 and

LAWRENCE ALEXANDER, JR.; ELLIS ALLEN; MITCHELL ALSTON; FRANCIS R. BANKS; AHMED BLAKE; MICHAEL O. BRODIE; KEVIN E. CHANDLER; ERNEST CUTHBERTSON; DARRIN DAVIS; STEVEN A. EVANS; WILLIAM GRAVES; MILFORD J. HARRIS; JONATHAN HEARD; ANTUAN HINSON; STEPHEN L. HUNTER; BRIAN JAMES; DEMETRIUS W. JOHNSON; JOHN O. LEGRANDE; GEORGE M. LITTLE; DARRELL MCDONALD; C. L. MELVIN; STACY A. MORTON, JR.; WILLIE PARKER; LARRY PATTERSON, JR.; WILLIAM A. PHIFER; NORMAN RANKIN; WAYNE REDFERN; ALEXANDER RICKETTS; RONALD ROGERS; STEVEN SNIPES; CALVIN STEVENS, JR.; ERIC STEVENSON; JERMEIR JACKSON-STROUD; JULIUS TUNSTALL; ALLEN WALLACE; FRANK YOUNG; MICHAEL WAYLAND WALL

   Plaintiffs

v.

THE CITY OF GREENSBORO

   Defendant - Appellee

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion. The supplemental appendix shall be filed on or before June 2, 2014.

                                        For the Court--By Direction

                                        /s/ Patricia S. Connor, Clerk