UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1067

(1:09-cv-00934-TDS-JEP)
(1:09-cv-0293-TDS-JEP)
_____

CHARLES E. CHERRY; JOSEPH L. PRYOR

    Plaintiffs – Appellants,

and

LAWRENCE ALEXANDER, JR.; ELLIS ALLEN; MITCHELL ALSTON; FRANCIS R. BANKS; AHMED BLAKE; MICHAEL O. BRODIE; KEVIN E. CHANDLER; ERNEST CUTHBERTSON; DARRIN DAVIS; STEVEN A. EVANS; WILLIAM GRAVES; MILFORD J. HARRIS; JONATHAN HEARD; ANTUAN HINSON; STEPHEN L. HUNTER; BRIAN JAMES; DEMETRIUS W. JOHNSON; JOHN O. LEGRANDE; GEORGE M. LITTLE; DARRELL MCDONALD; C. L. MELVIN; STACY A. MORTON, JR.; WILLIE PARKER; LARRY PATTERSON, JR.; WILLIAM A. PHIFER; NORMAN RANKIN; WAYNE REDFERN; ALEXANDER RICKETTS; RONALD ROGERS; STEVEN SNIPES; CALVIN STEVENS, JR.; ERIC STEVENSON; JERMEIR JACKSON-STROUD; JULIUS TUNSTALL; ALLEN WALLACE; FRANK YOUNG; MICHAEL WAYLAND WALL

    Plaintiffs,

v.

THE CITY OF GREENSBORO,

    Defendant – Appellee.

_____

APPELLANTS' MOTION SEEKING LEAVE
TO SUPPLEMENT JOINT APPENDIX

_____

NOW COME Charles E. Cherry and Joseph L. Pryor, Plaintiffs-Appellants herein, by and through their undersigned counsel, and move this Court for an Order granting them leave to supplement the previously filed Joint Appendix. In support of this Motion, Plaintiffs-Appellants show the Court the following:

1. Counsel for the Plaintiffs-Appellants and Counsel for the City have conferred and agree that the Plaintiffs-Appellants will file a motion to supplement the Joint Appendix pursuant to Local Rule 30(c).

2. The supplement will include documents that the Plaintiffs submitted in opposition to the Defendants' motions for summary judgment and filed with the district court in *Alexander v. City of Greensboro*, No. 1:09-cv-934, as the main entries for Docket Numbers 135 to 171. The supplement will also include Docket Number 142-1.

3. Because the documents were filed in the district court, they are a matter of record, Fed. R. App. P. 10(a)(1), and may be included in the Joint Appendix, Fed. R. App. P. 30(a)(1).

4. Counsel for the City has represented to Plaintiffs-Appellants' Counsel that the City will refer to these documents in its response brief to the Amended Brief of Plaintiffs-Appellants, ECF No. 33. Supplementing the Appendix will allow the parties to prepare briefs for the Court's consideration more efficiently than inserting the documents into the existing Joint Appendix.

5. Counsel for the City of Greensboro, the only remaining party to this appeal, does not oppose this motion.

WHEREFORE, Plaintiffs-Appellants respectfully move this Court for an order granting them leave to supplement the Joint Appendix.

Respectfully submitted this 3rd day of June, 2014.

/s/ Anita S. Earls_____
N.C. State Bar No. 15597
Attorney for Plaintiffs
Southern Coalition for Social Justice
1415 W. Hwy. 54, Ste. 101
Durham, NC  27707
Telephone: 919-323-3380 ext. 115
Facsimile:   919-323-3942
Email:   anita@southerncoalition.org

CERTIFICATE OF SERVICE

I certify that on June 3, 2014, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Anita S. Earls
N.C. State Bar No. 15597
Attorney for Plaintiffs
Southern Coalition for Social Justice
1415 W. Hwy. 54, Ste. 101
Durham, NC  27707
Telephone:  919-323-3380 ext. 115
Facsimile:   919-323-3942
Email:   anita@southerncoalition.org